# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0207–8 | User: oeichhorn | Date Created: 11/13/2020 |
| Case: 8−20−73397−reg | Form ID: 309A | Total: 12 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | |
|---|---|---|---|
| db | Victor D Diaso | 20 Greybarn Lane, Apt. 121 | Amityville, NY 11701 |
| tr | Allan B. Mendelsohn | Allan B. Mendelsohn, LLP    38 New Street | Huntington, NY 11743 |
| aty | Paris Gyparakis | Rosen & Associates, P.C.    747 Third Avenue | New York, NY 10017 |
| smg | NYS Department of Taxation & Finance | Bankruptcy Unit    PO Box 5300 | Albany, NY 12205 |
| smg | NYS Unemployment Insurance | Attn: Isolvency Unit    Bldg. #12, Room 256 | Albany, NY 12240 |
| smg | NYC Department of Finance | 345 Adams Street    Office of Legal Affairs | Brooklyn, NY 11201−3719 |
| smg | United States Trustee | Office of the United States Trustee    Long Island Federal Courthouse    560 Federal Plaza    Central Islip, NY 11722−4437 | |
| 9906880 | 20−30 GBL, LLC | P.O. Box 386    Plainview, NY 11803 | |
| 9906881 | Rosemarie Diaso | 20 Greybarn Lane Apt 121    Amityville, NY 11701 | |
| 9906882 | TD Bank, N.A. | 475 Park Ave South    New York, NY 10016 | |
| 9906883 | World Class Business | Products Inc.    48−49 35th St, #2    Long Island City, NY 11101 | |
| 9906884 | Zeichner Ellman & Krause | 1211 6th Ave., 40th Fl.    New York, NY 10036 | |

TOTAL: 12