Certificate Number: 05781-NYE-DE-035151698

Bankruptcy Case Number: 20-73397



05781-NYE-DE-035151698

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>December 6, 2020</u>, at <u>9:17</u> o'clock <u>AM PST</u>, <u>Victor Diaso</u> completed a course on personal financial management given <u>by internet</u> by <u>Sage Personal Finance</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of New York</u>.

Date:   <u>December 6, 2020</u>          By:   <u>/s/Allison M Geving</u>

                                        Name:  <u>Allison M Geving</u>

                                        Title: <u>President</u>